UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SALVATORE F. BEVIVINO,

    Plaintiff,

    v.

VIRGIN AMERICA INC.,

    Defendant.

_____/

No. C 13-1910 PJH

**JUDGMENT**

The court having dismissed the four federal causes of action, and having declined to exercise supplemental jurisdiction over the remaining state law claims,

It is Ordered and Adjudged

that plaintiff Salvatore Bevivino take nothing, that the federal claims are dismissed with prejudice, and that the state claims are dismissed without prejudice to refiling them in state court.

**IT IS SO ORDERED.**

Dated: September 9, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge